IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL No.  00-CR-29-001 LH |
| ) | |
| BILLY FRED HILLGARTNER, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of July, 2004, I mailed an original and one copy of Interrogatories to defendant, Billy Fred Hillgartner .

      Respectfully submitted,

      DAVID C. IGLESIAS
      United States Attorney

      /s/
      Electronically filed on July 15, 2004
      JOHN ZAVITZ
      Assistant U. S. Attorney
      P. O. Box 607
      Albuquerque, New Mexico  87102
      (505) 224-1413

I HEREBY CERTIFY that a true copy of the foregoing pleading was mailed to Billy Fred Hillgartner at P.O. Box 3716, Shiprock, NM, 87420 this 14th day of July, 2004.

   /s/
Electronically filed on July 15, 2004
JOHN ZAVITZ
Assistant US Attorney